# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE ROBERT BLAIR, CDCR #F-81619,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER HERRERA-SALAZAR, et al.,<br><br>Defendant. | Case No.: 19cv1261 DMS (KSC)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION, AND (2) DENYING MOTION TO DISMISS** |

This case comes before the Court on the Magistrate Judge's report and recommendation ("R&R") concerning Defendant Herrera-Salazar's motion to dismiss (ECF No. 10). The Magistrate Judge recommends that the Court deny the motion. No party has filed objections to the R&R, and the time for doing so has expired.

Having reviewed *de novo* the Magistrate Judge's R&R, the Court adopts the R&R in its entirety, and denies the motion to dismiss (ECF No. 10).

**IT IS SO ORDERED**.

Dated: November 20, 2020

Hon. Dana M. Sabraw
United States District Judge