UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE ROBERT BLAIR, CDCR #F-81619<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER HERRERA-SALAZAR, et. al.,<br><br>　　　　　　　　　　Defendant. | Case No.: 19cv1261 DMS (KSC)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

　　　This matter comes before the Court on Defendant Herrera-Salazar's ("Defendant") motion for judgment on the pleadings per Federal Rule of Civil Procedure 12(c). (ECF No. 25). Plaintiff Jermaine Robert Blair ("Plaintiff") filed an opposition to the motion. (ECF No. 29). Defendant thereafter filed a reply. (ECF No. 30). Pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3, the motion was referred to a United States Magistrate Judge for a Report and Recommendation ("Report"). On September 21, 2020, Magistrate Judge Karen S. Crawford issued her Report, recommending that the Court grant Defendant's motion. (ECF No. 33). Plaintiff filed an objection to the Report. (ECF No. 34). Defendant did not file a reply.

　　　This Court, having reviewed *de novo* the Magistrate Judge's Report, and Plaintiff's

1  objections thereto, adopts the Magistrate Judge's recommendation in full.  Accordingly,
2  Defendant's Motion for Judgment on the Pleadings is granted, and Plaintiff's First
3  Amended Complaint is dismissed with prejudice and without further leave to amend.
4  **IT IS SO ORDERED**.
5  Dated:  April 7, 2022

　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　 Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　　 United States District Judge